

# NUMBER 13-21-00309-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CAMERON COUNTY

## On Petition for Writ of Mandamus.

# ORDER

## Before Chief Justice Contreras and Justices Hinojosa and Silva
## Order Per Curiam

On October 19, 2021, this Court handed down its opinion in this case. *See In re Cameron County*, No. 13-21-00309-CV, 2021 WL 4849528, at \*1 (Tex. App.—Corpus Christi–Edinburg Oct. 19, 2021, orig. proceeding) (mem. op.). On November 2, 2021, relator Cameron County filed a motion for en banc reconsideration and request for stay. This Court requested that the real party in interest Cameron County Sheriff Eric Garza file a response to this motion on or before November 22, 2021. However, the parties to this original proceeding have now filed a "Notice of Rule 11 Settlement Agreement and Joint Request for Thirty Day Abatement." According to this motion, the parties have

entered a settlement agreement which affects the disposition of this matter. They request an abatement of this original proceeding for thirty days in order to effectuate that agreement.

The Court having examined and fully considered the request for abatement, is of the opinion that it should be granted. Accordingly, we grant the joint motion, and we abate this matter for a period of thirty days from the date of this order. We direct the parties to file an appropriate motion regarding the disposition of this matter within seven days after the expiration of the abatement period.

PER CURIAM

Delivered and filed on the
17th day of November, 2021.